IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>            Plaintiffs,       )<br>                                )<br>    v.                          )<br>                                )<br>RAYMOND C. WHITBECK, SR.,       )<br>                                )<br>            Defendant.          )<br>_____) | 8:06CR99<br><br>ORDER |

    This matter is before the court on the defendant's motion, Filing No. 109, requesting multiple transcripts. The Eighth Circuit Court of Appeals has consistently held that a defendant is not entitled to court records, such as a transcript, at government expense in advance of filing a motion pursuant to 28 U.S.C. § 2255. See, e.g., *Chapman v. United States,* 55 F.3d 390, 390-391 (8th Cir. 1995): "We held in *United States v. Losing,* 601 F.2d 351, 352 (8th Cir. 1979) (per curiam), that under 28 U.S.C. § 753(f) and under Supreme Court authority 'any request for a free transcript prior to the filing of a section 2255 complaint is premature.' We also held that under section 753(b), access to materials such as a transcript is not constitutionally required until after judicial certification that access is required to decide issues presented in a pending, non-frivolous case. *Id.* at 353."

    THEREFORE, IT IS ORDERED that defendant's motion for transcripts, Filing No. 109, is denied as premature.

    DATED this 6th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge