**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:06CR99 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **RAYMOND C. WHITBECK SR.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion for Extension of Time to File Answer to Defendant's § 2255 Motion (Filing No. 123). The plaintiff requests an extension from December 13, 2007, to January 17, 2008, to file its answer. In support of its motion, the plaintiff states it discovered additional transcripts it needs to review in order to submit an answer. However, the transcripts will not be available until January 7, 2008. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Extension of Time to File Answer to Defendant's § 2255 Motion (Filing No. 123) is granted.

2. That the plaintiff's deadline to file an answer to the defendant's § 2255 motion, supported by a brief, is extended to January 17, 2008.

3. That by February 18, 2008, the defendant may file a reply brief.

4. The Clerk of Court is directed to mail a copy of this order to the defendant at his last known address.

DATED this 26th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge