IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR99 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RAYMOND C. WHITBECK, SR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to reconsider, Filing No. 142, this court's memorandum and order, Filing No. 141, denying his motion pursuant to 28 U.S.C. § 2255. The court has carefully reviewed the motion to reconsider and concludes that all issues raised by the defendant were addressed in the memorandum and order, Filing No. 141.

THEREFORE, IT IS ORDERED that defendant's motion for reconsideration, Filing No. 142, is denied.

DATED this 10th day of September, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge