IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR99 |
| v. | ) | |
| RAYMOND C. WHITBECK, SR., | ) | ORDER |
| Defendant. | ) | |

Pursuant to this court's Memorandum and Order (Filing No. 142) denying defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody; this court's Order (Filing No. 145) denying defendant's Motion for Certificate of Appealability; and the Eighth Circuit's Judgment (Filing No. 152) denying defendant's application for a certificate of appealability and dismissing defendant's appeal,

IT IS ORDERED that defendant's pending Motion to Compel Production of Discovery (Filing No. 137) is denied.

DATED this 2nd day of December, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge